# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Main:  305-949-7777
Fax:    305-704-3877

Robert J. Mirel, Esq.
Member NY& NJ Bars, AR Federal Bar
Email: rjm@weitzfirm.com

March 16, 2016

VIA CM/ECF AND FACSIMILE
United States District Court District of New Jersey
USPO & Courthouse
1 Federal Sq., Room MLK 5A
Newark, NJ 07101
Attention: Chambers of  Esther Salas, United States Magistrate Judge

  Re: Olear v. The Morrison Funeral Home, Inc, et al.
    Case Number: 2:15-cv-06406-ES-MAH

Dear Judge Salas:

 The undersigned, counsel for the Plaintiff, is pleased to report that the referenced civil action has been settled and that a settlement agreement is in the process of being drafted and reviewed by the parties and their counsel.  Upon payment of the settlement amount, the action will be dismissed by Stipulation of Dismissal with Prejudice to be executed and filed with respect to all Defendants. Kindly issue an Order of Dismissal with Prejudice, including the right of either party to restore this case within 60 days of such Order in the event the settlement agreement is not completed and executed within that time period.

 Thank you for your cooperation.

      Yours very truly,

      THE WEITZ LAW FIRM, P.A.

    By: _____
      Robert J. Mirel, Esq.

cc:  Counsel of Record via ECF