UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| ALAN OLEAR, JR., | : | Civil Action: 15-6406 (ES) |
|  | : |  |
| Plaintiff, | : | O R D E R |
|  | : |  |
| v. | : | **Closed** |
|  | : |  |
| THE MORRISON FUNERAL HOME, et al. | : |  |
|  | : |  |
| Defendants, | : |  |

It appearing that it has been reported to the Court that the above-captioned action has been settled;

It is on the 17th Day of MARCH 2016,

ORDERED that this action is hereby dismissed as to all claims against all parties without costs and without prejudice with the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

                              S/Esther Salas
                         ESTHER SALAS, U.S.D.J.